SEALED FILED

MAY 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>           Defendant. | CASE NO: 1:17MC00029 - EPG<br><br>**UNDER SEAL**<br><br>**EX PARTE ORDER SEALING MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE AND ORDER** |

The United States having moved to seal the Ex Parte Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture and Order, the concurrently filed Application to Seal and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the ex parte motion and all related documents are to be placed under seal until further notice.

Dated this ___11___ day of ___May___, 2017.

_____
Hon. ERICA P. GROSJEAN
United States Magistrate Judge

Ex Parte Order Sealing Motion to Extend
Deadline to File Civil Forfeiture
Complaint or Obtain Indictment and Order