PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-MC-00029-EPG |
| Plaintiff, | **UNDER SEAL** |
| v. | **EX PARTE ORDER SEALING MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE AND ORDER** |
| APPROXIMATELY 30 FIREARMS, | |
| Defendant. | |

The United States having moved to seal the Ex Parte Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture and Order, the concurrently filed Application to Seal and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the ex parte motion and all related documents are to be placed under seal until further notice.


IT IS SO ORDERED.

Dated:   **November 8, 2017**          /s/ _Erica P. Grosjean_
                                   UNITED STATES MAGISTRATE JUDGE