# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>       v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>                        Defendant. | CASE NO. 1:17-MC-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE<br><br>(ECF No. 10) |

The Court has reviewed the stipulated motion for extension of time to file a complaint for forfeiture and/or obtain indictment alleging forfeiture, (ECF No. 10), and finds that the parties have shown good cause for such an extension. Accordingly, it is:

**ORDERED**, that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to August 12, 2019.

IT IS SO ORDERED.

Dated:   **February 1, 2019**               /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE

1