1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11 | UNITED STATES OF AMERICA,

12 |              Plaintiff,

13 |       v.

14 | APPROXIMATELY 30 FIREARMS,

15 |              Defendant.

CASE NO. 1:17-MC-00029-EPG

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE

(ECF No. 13)

16
17       The Court has reviewed the stipulated motion for extension of time to file a complaint for

18 forfeiture and/or obtain an indictment alleging forfeiture (ECF No. 13), and finds that the parties have

19 shown good cause for such an extension. Accordingly,

20       IT IS ORDERED that the date by which the United States is required to file a complaint for

21 forfeiture against the property and/or obtain an indictment or information alleging that the property is

22 subject to forfeiture is hereby extended to February 7, 2020.

23
24 IT IS SO ORDERED.

25    Dated:   __**August 14, 2019**__          _/s/ Erica P. Grosjean_

26                              UNITED STATES MAGISTRATE JUDGE

27
28