# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:17-MC-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE |

The Court has reviewed the stipulated motion for extension of time to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture, and finds that the parties have shown good cause for such an extension. Accordingly, it is:

**ORDERED**, that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to August 5, 2020.

IT IS SO ORDERED.

Dated: __**February 10, 2020**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1