IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>                          Defendant. | CASE NO.  1:17-mc-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE<br><br>(ECF No. 24) |

The Court has reviewed the stipulated motion for extension of time to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture (ECF No. 24), and finds that the parties have shown good cause for such an extension. Accordingly, it is:

**ORDERED**, that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to April 27, 2022.

IT IS SO ORDERED.

Dated:   **December 27, 2021**                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28