1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11   UNITED STATES OF AMERICA,

CASE NO.  1:17-mc-00029-EPG

12                                     Plaintiff,

ORDER ON STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE COMPLAINT

13                             v.

FOR FORFEITURE AND/OR OBTAIN
INDICTMENT ALLEGING FORFEITURE

14   APPROXIMATELY 30 FIREARMS,

15                                     Defendant.

(ECF No. 28).

16

17       The Court has reviewed the stipulated motion (ECF No. 28) for extension of time to file a

18   complaint for forfeiture and/or obtain an indictment alleging forfeiture, and finds that the parties have

19   shown good cause for such an extension. Accordingly, it is:

20       **ORDERED**, that the date by which the United States is required to file a complaint for forfeiture

21   against the property and/or obtain an indictment or information alleging that the property is subject to

22   forfeiture is hereby extended to September 24, 2022.

23   IT IS SO ORDERED.

24

25       Dated:   **August 24, 2022**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

1