**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>                   v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>                      Defendant. | CASE NO.  1:17-mc-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE<br><br>(ECF No. 30) |

The Court has reviewed the stipulated motion (ECF No. 30) for extension of time to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture, and finds that the parties have shown good cause for such an extension. Accordingly, it is:

**ORDERED**, that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to December 8, 2022.

IT IS SO ORDERED.

    Dated:   **September 21, 2022**                  /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE