# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>                      Defendant. | CASE NO. 1:17-MC-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE<br><br>(ECF No. 36). |

The Court has reviewed the stipulated motion for extension of time to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture and finds that the parties have shown good cause for such an extension.

Accordingly, IT IS ORDERED that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to June 12, 2023.

IT IS SO ORDERED.

Dated:  **March 31, 2023**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1