# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>             v.<br><br>APPROXIMATELY 30 FIREARMS,<br><br>                       Defendant. | CASE NO.  1:17-MC-00029-EPG<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE<br><br>(ECF No. 38). |

The Court has reviewed the stipulated motion for extension of time to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture, and finds that the parties have shown good cause for such an extension.

Accordingly, **IT IS ORDERED** that the date by which the United States is required to file a complaint for forfeiture against the property and/or obtain an indictment or information alleging that the property is subject to forfeiture is hereby extended to August 28, 2023.

IT IS SO ORDERED.

Dated:  **June 12, 2023**                              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE