1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

APPROXIMATELY 30 FIREARMS,

                    Defendant.

CASE NO.  1:17-MC-00029-EPG

ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE

(ECF No. 42).

15
16
17
18
19
20
21
22

      The United States of America instituted this miscellaneous case on May 12, 2017, seeking to extend the deadline to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture regarding approximately 30 firearms. (ECF No. 1). The Court granted the extension request and multiple further extensions. (*See e.g.*, ECF Nos. 4, 16, 35, 41); 18 U.S.C.A. § 983(a)(3)(A) ("Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.").

23
24
25
26
27

      Now before the Court is the United States's "notice of election," which states as follows:

NOTICE IS HEREBY GIVEN that the United States elected to include 28 of the Approximately 30 Firearms listed in Exhibit A in the parallel criminal case *United States v. Bryan Bartucci*, 1:18-CR-00270-ADA-BAM, and the related criminal case *United States v. Bryan Bartucci*, 1:19-CR-00244-ADA-BAM. The United States elected not to pursue forfeiture on two of the firearms. Accordingly, this miscellaneous case may be closed.

28

(ECF No. 42).

1    In light of the notice of election, IT IS ORDERED that the Clerk of Court is directed to close this

2  miscellaneous case.

3

IT IS SO ORDERED.

4

5   Dated:   __**November 13, 2023**__         _____/s/ Erica P. Grosjean_____

6                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28